ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY 25 PM 3: 24

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| DENNIS ARNO JAMIESON | 3-18CR-253-S |

## INFORMATION

The United States Attorney charges:

At all times material to the Information:

1. Starting in or about February 2014 and continuing through at least October 2015, the defendant, **Dennis Arno Jamieson**, engaged in multiple schemes and artifices to defraud and to obtain money or property through the use of the mails and interstate wires from Victim One and Victim Two, both entities known to the U.S. Attorney.

2. Victim One is a company based in Rockwall, Texas, within the Northern District of Texas. D.B., a person known to the U.S. Attorney, is the president and owner of Victim One. Jamieson falsely represented to D.B. that Jamieson would hold in trust moneys of Victim One that were owed to the Internal Revenue Service until the end of the calendar year when the money would be transmitted to the IRS.

3. Between February 2014 and December 2014, Jamieson deposited 16 checks drawn on accounts at BB&T controlled by Victim One into a bank account at Bank of America controlled by Jamieson. The total amount of the checks was $2,593,574.10. Each check was provided to Jamieson on the basis that he would deposit it into an account at Alliance Bank controlled by Victim One to be held in trust until time to make

a payment to the Internal Revenue Service to cover payroll taxes for Victim One and Victim One's clients. Jamieson, however, used the stolen funds for personal expenses and not as promised with D.B. in order to cover payroll taxes on behalf of Victim One and Victim One's clients.

4.   Victim Two is a company based in Kennedale, Texas, within the Northern District of Texas. Starting in or about February 2014 and continuing through at least October 2015, Jamieson engaged in a similar scheme and artifice to defraud Victim Two of money and property. Jamieson admits and agrees that he occupied a position of trust with Victim Two and the employees of Victim Two and that he abused that position of trust in order to effectuate the scheme and artifice to defraud. Among other things, Jamieson worked on a contract basis to review Victim Two's financial statements and reconcile them with bank statements. Jamieson also ran financial reports and mentored the CEO of Victim Two on financial matters. Jamieson made false representations to an employee of Victim Two in order to convince that employee to give money to Jamieson based upon false representations by him regarding his intention to repay the funds.

**----- NOTHING FURTHER ON THIS PAGE -----**

## Count One
## Wire Fraud
### (Violation of 18 U.S.C. § 1343)

5. The United States Attorney realleges, and incorporates by reference herein, as if fully set forth, the allegations contained in Paragraphs 1-4 of this information.

6. On or about March 4, 2014, in the Northern District of Texas and elsewhere, the defendant, **Dennis Arno Jamieson**, for the purpose of executing the foregoing scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises from Victim One, did knowingly and with specific intent to defraud caused to be transmitted, by means of wire and radio communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, being a wire transfer of funds, in interstate commerce, in the amount of $430,000.00.

All in violation of 18 U.S.C. § 1343.

ERIN NEALY COX
UNITED STATES ATTORNEY

J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4100
Email: nick.bunch@usdoj.gov