United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 3:18-CR-253-S |
| DENNIS ARNO JAMIESON (01) | § § | |

## ORDER

The Court has considered Defendant's Unopposed Motion to Continue Sentencing Date (ECF No. 18). The motion is GRANTED. The sentencing in this case is reset to Thursday, **December 20, 2018.**

SIGNED October 23, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE